UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZORAIDA ALEMAN DE RIVERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC., a foreign corporation,<br><br>Defendant. | NO. 2:18-CV-0290-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' stipulated Motion to Dismiss (ECF No. 15), filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 14, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2