# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ZORAIDA ALEMAN DE RIVERA, an individual, )<br>*Plaintiff* )<br>v. )<br> )<br> )<br>SAFEWAY INC., a foreign corporation, )<br>*Defendant* | Civil Action No. 2:18-CV-0290-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on the parties' Joint Stipulation for Dismissal ECF No. 15.

Date:  April 14, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen